## PEOPLE v. MACKINLEY.

A party cannot be convicted of larceny for taking his own property.

APPEAL from the Court of Sessions of the County of San Francisco.

*Janes, Lake & Boyd, and Yale,* for Appellant.

*Thomas H. Williams, Attorney-General,* for Respondent.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., and FIELD, J., concurring.

The defendant was indicted for the alleged conversion to his own use, whilst bailee, of a quit-claim-deed made and executed by Thomas J. Alsbury to defendant. The defendant demurred; the demurrer was overruled, and the defendant appealed.

The demurrer should have been sustained. The deed having been "*made and executed,*" as alleged in the indictment, by Als-

bury to Mackinley, was the property of the latter, and could not be stolen by him.

Judgment reversed, and cause remanded.